13-CV-00585-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MICKEY MANUEL,<br><br>　　　Defendant. | CASE NO. C13-0585-JLR<br><br>ORDER DISMISSING ACTION AND REMANDING TO STATE COURT |

The Court, having reviewed defendant's Notice of Removal, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation;

(2)　This matter is DISMISSED and REMANDED to State court;

(3)　Plaintiff's application to proceed *in forma pauperis* is STRICKEN as moot; and

(4)　The Clerk is directed to send copies of this Order to defendant and to the Honorable Mary Alice Theiler.

/ / /

ORDER DISMISSING ACTION AND
REMANDING TO STATE COURT
PAGE -1

01   DATED this 4th day of May, 2013.

02

03                                   _____
                                     JAMES L. ROBART
04                                   United States District Judge

ORDER DISMISSING ACTION AND
REMANDING TO STATE COURT
PAGE -2